987 A.2d 553

IN THE MATTER OF G. JEFFREY MOELLER,
AN ATTORNEY AT LAW.

December 11, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–109, concluding that **G. JEFFREY MOELLER,** formerly of **NEWARK,** who was admitted to the bar of this State in 1978, and who has been suspended from the practice of law since October 4, 2003, should be suspended from the practice of law for a period of three months for violating *RPC* 1.4(b) (failure to communicate with client), *RPC* 1.5(b) (failure to communicate basis or rate of fee in writing), and *RPC* 1.8(a) (conflict of interest: business transaction with client), and good cause appearing;

It is ORDERED that **G. JEFFREY MOELLER** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20–17.